UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-08949-MMM(AJWx) | Date | December 9, 2013 |
| Title | Clean Truck Coalition, LLC et al v. Julie Su et al | | |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| R. Neal for ANEL HUERTA | C. NIRENBERG |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Johnnie James; Robert Roginson; Martin Sullivan | Paul Chan; Karis Chi |

**Proceedings:**   Hearing on Defendant Su's Motion to Dismiss 1st Amended Complaint [64]

    The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, the court takes the motion under submission. An order will issue.