ROBERT R. ROGINSON, CA Bar No. 185286
robert.roginson@ogletreedeakins.com
JOHNNIE A. JAMES, CA Bar No. 144091
johnnie.james@ogletreedeakins.com
MARTIN E. SULLIVAN, CA Bar No. 274279
martin.sullivan@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:  213.239.9800
Facsimile:   213.239.9045

Attorneys for Plaintiff Overseas Freight, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| TOTAL TRANSPORTATION SERVICES, INC., a California corporation; OVERSEAS FREIGHT, INC. a California corporation; and SOUTHERN COUNTIES EXPRESS, INC., a California corporation, <br><br>Plaintiffs, <br><br>v. <br><br>JULIE SU, LABOR COMMISSIONER OF THE STATE OF CALIFORNIA, DEPARTMENT OF INDUSTRIAL RELATIONS, in her official capacity, <br><br>Defendant. | Case No. CV12-08949 MMM (AJWx) <br><br>**PLAINTIFF OVERSEAS FREIGHT, INC.'S NOTICE OF VOLUNTARY DISMISSAL OF ITS CLAIMS AGAINST DEFENDANT JULIE SU, LABOR COMMISSIONER OF THE STATE OF CALIFORNIA, DEPARTMENT OF INDUSTRIAL RELATIONS** <br><br>Complaint Filed: October 17, 2012 <br>Trial Date:         July 15, 2014 <br>District Judge:    Hon. Margaret M. Morrow <br>Magistrate Judge: Hon. Andrew J. Wistrich |
|---|---|

1  NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a) of the Federal
2  Rules of Civil Procedure, Plaintiff Overseas Freight, Inc. voluntarily dismisses its
3  claims against Defendant Julie Su, Labor Commissioner of the State of California,
4  Department of Industrial Relations, in her official capacity, from the above-
5  captioned case without prejudice.

8  DATED: January 14, 2014        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

11                                 By: /s/ Robert R. Roginson
                                   Robert R. Roginson
12                                 Johnnie A. James
                                   Martin E. Sullivan

   Attorneys for Plaintiff Overseas Freight, Inc.